UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Lamont Gilchrist**     **Docket No. 5:18-CR-342-1D**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Lamont Gilchrist, who, upon an earlier plea of guilty to two counts Distribution of a Quantity of Cocaine Base (Crack), 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C); Distribution of a Quantity of Cocaine Base (Crack) and Aiding and Abetting, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 24, 2019, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Lamont Gilchrist was released from custody on October 27, 2020, at which time the term of supervised release commenced.

On November 20, 2020, a Violation Report was submitted to the court regarding the defendant's use of cocaine. Supervision was continued and Mr. Gilchrist was referred for drug treatment and a referral for the HOPE Court was submitted.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has been accepted in the HOPE Court Reentry Program, and as such the following conditions are required for participation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

3. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

Except as herein modified, the judgment shall remain in full force and effect.

Michael Lamont Gilchrist
Docket No. 5:18-CR-342-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

/s/ Arthur B. Campbell
Arthur B. Campbell
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: December 3, 2020

## ORDER OF THE COURT

Considered and ordered this __4__ day of __December__, 2020, and ordered filed and made a part of the records in the above case.

____Dever____
James C. Dever III
U.S. District Judge