UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Lamont Gilchrist**  Docket No. 5:18-CR-342-1D

### Petition for Action on Supervised Release

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Lamont Gilchrist, who, upon an earlier plea of guilty to two counts of Distribution of a Quantity of Cocaine Base (Crack), 21 U.S.C. § 841(a)(l) and 21 U.S.C. § 841(b)(l)(C), and Distribution of a Quantity of Cocaine Base (Crack) and Aiding and Abetting, 21 U.S.C. § 84l(a)(l), 21 U.S.C. § 841(b)(l)(C) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 24, 2019, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Lamont Gilchrist was released from custody on October 27, 2020, at which time the term of supervised release commenced.

On November 20, 2020, a Violation Report was submitted to the court regarding the defendant's use of cocaine. Supervision was continued and Mr. Gilchrist was referred for drug treatment and a referral for the HOPE Court was submitted.

On December 4, 2020, a Petition for Action was signed by the court adding the following conditions per HOPE Court requirements: participation in a cognitive behavioral program, DROPS, and warrantless searches.

On January 6, 2021, a Petition for Action was signed by the court adding 60 days of location monitoring in response to the defendant's use of cocaine, amphetamine, and methamphetamine. The defendant has been compliant to location monitoring thus far.

On January 19, 2021, a Violation Report was submitted to the court after the defendant tested positive for cocaine. The defendant was continued on supervision for further engagement in HOPE and treatment.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is a participant of the HOPE Court Program and engaged in intensive outpatient substance abuse treatment. As a condition of both programs, the defendant is prohibited from drinking alcohol. Despite this, the defendant continues to drink alcohol and acknowledges that his doing so is problematic for his recovery.

In response to this non-compliance and in an effort to hold the defendant accountable for his alcohol consumption, it is respectfully recommended that the defendant submit to 60 days of Remote Alcohol Monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Michael Lamont Gilchrist
Docket No. 5:18-CR-342-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taylor R. O'Neil
Taylor R. O'Neil
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8698
Executed On: March 4, 2021

## ORDER OF THE COURT

Considered and ordered this 4 day of March, 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge